UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MARR,

    Plaintiff,

v.

KARL FOY,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cv-908

## ORDER SUSPENDING TRIAL SCHEDULE

On today's date, this Court entered an order taking the January 4, 2010 Report and Recommendation and the plaintiff's objections under advisement, and directing the defendant to investigate and report on the plaintiff's missing case file (Dkt. #102). Accordingly, the Court will suspend the current hearing schedule until further notice. Therefore,

**IT IS HEREBY ORDERED** that the settlement conference scheduled February 23, 2010, the final pretrial conference scheduled March 1, 2010, and the jury trial scheduled March 30, 2010, are canceled without date.

Date: February 4, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge