UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MARR, | Case No. 1:07-cv-908 |
| Plaintiff, | Chief Judge Paul L. Maloney |
| v. | Magistrate Judge Carmody |
| KARL FOY, | |
| Defendant. | |

## **Judgment**

Final judgment is hereby entered in favor of the defendant and against the plaintiff.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge